UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LUIS MOLINA, *on behalf of himself,*
*FLSA Plaintiff, and the class,*

               Plaintiff,                        **24-CV-06830 (JMF)**

                                                     **ANSWER**

        -against-

METROPOLITAN REALTY GROUP, LLC,
and SCOTT JAFFEE,

               Defendants
------------------------------------------------------------------------X
      Defendants METROPOLITAN REALTY GROUP ("MRG"), and SCOTT JAFFEE, by

and through undersigned counsel, answer the Complaint as follows:

## INTRODUCTION

1.  Defendants admit that Plaintiff makes certain allegations in paragraph 1 of the Complaint

    but deny all other allegations in paragraph 1.


2.  Defendants admit that Plaintiff makes certain allegations in paragraph 2 of the Complaint

    concerning statutes allegedly violated and relief sought, but deny all other allegations in

    paragraph 2.


3.  Defendants deny the allegations in paragraph 2 of the Complaint.

1

4. Defendants admit that Plaintiff makes certain allegations in paragraph 4 of the Complaint concerning statutes allegedly violated and relief sought, but deny that any statutes have been violated, or that Plaintiff is entitled to any relief whatsoever.

## JURISDICTION AND VENUE

5. Defendants deny the allegations contained in paragraph 5 of the Complaint, except admit that the Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. Defendants deny the allegations contained in paragraph 6 of the Complaint, except admit that venue is proper.

7. Defendants deny the allegations contained in paragraph 7 of the Complaint, except admit that Plaintiff is subject to a Collective Bargaining Agreement.

## PARTIES

8. Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint.

9. Defendants deny the allegations contained in paragraph 9 of the Complaint, except admit that Defendant MRG provides property management services.

10. Defendants admit the allegations contained in paragraph 10 of the Complaint.

11. Defendants deny the allegations contained in paragraph 11 of the Complaint.

2

12. Defendants deny the allegations contained in paragraph 12 of the Complaint.

13. Defendants deny the allegations contained in paragraph 13 of the Complaint.

14. Defendants deny the allegations contained in paragraph 14 of the Complaint.

## FLSA COLLECTIVE ACTION ALLEGATIONS

15. Defendants admit that Plaintiff makes certain allegations contained in paragraph 15 of the Complaint concerning his intention to bring certain claims as a collective action, but deny that said claims should be certified as a collective action.

16. Defendants deny the allegations contained in paragraph 16 of the Complaint.

17. Paragraph 17 of the Complaint also purports to set forth legal conclusions to which no response is required. To the extent paragraph 17 of the Complaint contains any allegations which require a response, Defendants deny the allegations.

## RULE 23 CLASS ALLEGATIONS – NEW YORK

18. Defendants admit that Plaintiff makes certain allegations contained in paragraph 18 of the Complaint concerning their intention to bring certain claims as a class action, but deny that said claims should be certified as a class action.

19. Defendants deny the allegations contained in paragraph 19 of the Complaint.

20. Defendants deny the allegations contained in paragraph 20 of the Complaint.

21. Defendants deny the allegations contained in paragraph 21 of the Complaint.

22. Defendants deny the allegations contained in paragraph 22 of the Complaint.

23. Defendants deny the allegations contained in paragraph 23 of the Complaint.

24. Defendants deny the allegations contained in paragraph 24 of the Complaint.

25. Defendants deny the allegations contained in paragraph 25 of the Complaint.

26. Defendants deny the allegations contained in paragraph 26 of the Complaint, including subparagraphs (a) to (g).

## STATEMENT OF FACTS

*Wage and Hour Claims*

27. Defendants deny the allegations contained in paragraph 27 of the Complaint except admit that Plaintiff worked at Villa Hermosa.

28. Defendants deny the allegations contained in paragraph 28 of the Complaint.

29. Defendants deny the allegations contained in paragraph 29 of the Complaint.

30. Defendants deny the allegations contained in paragraph 30 of the Complaint.

31. Defendants deny the allegations contained in paragraph 31 of the Complaint.

32. Defendants deny the allegations contained in paragraph 32 of the Complaint.

33. Defendants deny the allegations contained in paragraph 33 of the Complaint.

34. Defendants deny the allegations contained in paragraph 34 of the Complaint.

35. Defendants deny the allegations contained in paragraph 35 of the Complaint.

36. Defendants deny the allegations contained in paragraph 36 of the Complaint.

37. Defendants deny the allegations contained in paragraph 37 of the Complaint.

38. Paragraph 38 of the Complaint also contains an excerpt from a federal court decision, which does not require a response from Defendants. To the extent paragraph 38 of the Complaint contains any allegations of fact which require a response, Defendants deny the allegations.

39. Defendants deny the allegations contained in paragraph 39 of the Complaint.

40. Defendants deny the allegations contained in paragraph 40 of the Complaint.

41. Defendants deny the allegations contained in paragraph 41 of the Complaint.

42. Paragraph 42 of the Complaint contains excerpts from court decisions, which do not require a response from Defendants. To the extent paragraph 42 of the Complaint contains any allegations which require a response, Defendants deny the allegations.

43. Paragraph 43 of the Complaint contains excerpts from court decisions, which do not require a response from Defendants. To the extent paragraph 43 of the Complaint contains any allegations which require a response, Defendants deny the allegations.

44. Paragraph 44 of the Complaint also contains excerpts from court decisions, which do not require a response from Defendants. To the extent paragraph 44 of the Complaint contains any allegations which require a response, Defendants deny the allegations.

45. Defendants deny the allegations contained in paragraph 45 of the Complaint.

46. Paragraph 46 of the Complaint contains an excerpt from a court decision, which does not require a response from Defendants. To the extent paragraph 46 of the Complaint contains any allegations which require a response, Defendants deny the allegations.

47. Defendants deny the allegations contained in paragraph 47 of the Complaint.

48. Defendants deny the allegations contained in paragraph 48 of the Complaint.

49. Paragraph 49 of the Complaint contains an excerpt from a court decision, which does not require a response from Defendants. To the extent paragraph 49 of the Complaint contains any allegations of fact which require a response, Defendants deny the allegations.

50. Defendants deny the allegations contained in paragraph 50 of the Complaint.

51. Defendants deny the allegations contained in paragraph 51 of the Complaint.

52. Defendants deny the allegations contained in paragraph 52 of the Complaint.

53. Defendants deny the allegations contained in paragraph 53 of the Complaint.

54. Defendants deny the allegations contained in paragraph 54 of the Complaint.

55. Defendants deny the allegations contained in paragraph 55 of the Complaint.

56. Defendants deny the allegations contained in paragraph 56 of the Complaint.

57. Defendants deny the allegations contained in paragraph 57 of the Complaint.

58. Defendants deny the allegations contained in paragraph 58 of the Complaint.

59. Defendants deny the allegations contained in paragraph 59 of the Complaint.

60. Defendants deny the allegations contained in paragraph 60 of the Complaint.

61. Defendants deny the allegations contained in paragraph 61 of the Complaint.

62. Defendants deny the allegations contained in paragraph 62 of the Complaint.

63. Defendants deny the allegations contained in paragraph 63 of the Complaint.

64. Defendants deny the allegations contained in paragraph 64 of the Complaint.

65. Defendants deny the allegations contained in paragraph 65 of the Complaint.

*Discrimination Claims*

66. Defendants deny the allegations contained in paragraph 66 of the Complaint.

67. Defendants deny the allegations contained in paragraph 67 of the Complaint.

68. Defendants deny the allegations contained in paragraph 68 of the Complaint.

69. Defendants deny the allegations contained in paragraph 69 of the Complaint.

70. Defendants deny the allegations contained in paragraph 70 of the Complaint.

71. Defendants deny the allegations contained in paragraph 71 of the Complaint.

72. Defendants deny knowledge and information sufficient to form a belief as to the allegations contained in paragraph 72.

## STATEMENT OF CLAIMS

### COUNT I
### VIOLATION OF THE FAIR LABOR STANDARDS ACT

73. As to the allegations contained in paragraph 73 of the Complaint, Defendants repeat and re-allege each and every response to the allegations in paragraphs 1-72 of the Complaint heretofore provided as if set forth at length herein.

74. Defendants deny the allegations contained in paragraph 74 of the Complaint.

75. Defendants deny the allegations contained in paragraph 75 of the Complaint.

76. Defendants deny the allegations contained in paragraph 76 of the Complaint.

77. Defendants deny the allegations contained in paragraph 77 of the Complaint.

78. Paragraph 78 of the Complaint does contain any allegations of fact which requires a response from Defendants.

79. Defendants deny the allegations contained in paragraph 79 of the Complaint.

80. Defendants deny the allegations contained in paragraph 80 of the Complaint.

81. Defendants deny the allegations contained in paragraph 81 of the Complaint.

82. Defendants deny the allegations contained in paragraph 82 of the Complaint.

83. Defendants deny the allegations contained in paragraph 83 of the Complaint.

**COUNT II**
**VIOLATION OF THE NEW YORK LABOR LAW**

84. As to the allegations contained in paragraph 84 of the Complaint, Defendants repeat and re-allege each and every response to the allegations in paragraphs 1-83 of the Complaint heretofore provided as if set forth at length herein.

85. Defendants deny the allegations contained in paragraph 85 of the Complaint.

86. Defendants deny the allegations contained in paragraph 86 of the Complaint.

87. Defendants deny the allegations contained in paragraph 87 of the Complaint.

88. Defendants deny the allegations contained in paragraph 88 of the Complaint.

89. Defendants deny the allegations contained in paragraph 89 of the Complaint.

## COUNT III
### DISCRIMINATION IN VIOLATION OF
### NEW YORK STATE HUMAN RIGHTS LAW

90. As to the allegations contained in paragraph 90 of the Complaint, Defendants repeat and re-allege each and every response to the allegations in paragraphs 1-89 of the Complaint heretofore provided as if set forth at length herein.

91. Paragraph 91 of the Complaint also purports to set forth legal conclusions to which no response is required. To the extent paragraph 91 of the Complaint contains any allegations which require a response, Defendants deny the allegations.

92. Defendants deny the allegations contained in paragraph 92 of the Complaint.

93. Defendants deny the allegations contained in paragraph 93 of the Complaint.

94. Defendants deny the allegations contained in paragraph 94 of the Complaint.

95. Defendants deny the allegations contained in paragraph 95 of the Complaint.

## COUNT IV
### DISCRIMINATION IN VIOLATION OF
### NEW YORK CITY HUMAN RIGHTS LAW

96. As to the allegations contained in paragraph 96 of the Complaint, Defendants repeat and re-allege each and every response to the allegations in paragraphs 1-95 of the Complaint heretofore provided as if set forth at length herein.

11

97. Paragraph 97 of the Complaint also purports to set forth legal conclusions to which no response is required. To the extent paragraph 97 of the Complaint contains any allegations which require a response, Defendants deny the allegations.

98. Defendants deny the allegations contained in paragraph 98 of the Complaint.

99. Paragraph 99 of the Complaint also purports to set forth legal conclusions to which no response is required. To the extent paragraph 99 of the Complaint contains any allegations which require a response, Defendants deny the allegations.

100. Defendants deny the allegations contained in paragraph 100 of the Complaint.

101. Defendants deny the allegations contained in paragraph 101 of the Complaint.

102. Defendants deny the allegations contained in paragraph 102 of the Complaint.

**PRAYER FOR RELIEF**

Defendants deny that Plaintiff is entitled to any relief he seeks in the WHEREFORE section of the Complaint, including subparagraphs (a) – (n).

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff has failed to state a claim against Defendants upon which relief can be granted.

12

## SECOND AFFIRMATIVE DEFENSE

Plaintiff seeks causes of action and/or relief which are not provided for and/or which he is not entitled to under applicable laws.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has been paid all amounts that are required, and Defendants have complied with all that is required under applicable law.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of collateral estoppel, laches, unclean hands, and waiver.

## FIFTH AFFIRMATIVE DEFENSE

The Court lacks Subject Matter Jurisdiction over Plaintiff's claims.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants were not Plaintiff's "employer," under applicable laws.

## EIGHTH FFIRMATIVE DEFENSE

Defendants, at all times, acted reasonably, in good faith, and without any willful or intentional misconduct, to comply with the FLSA and New York Labor Law, and had reasonable grounds to believe that its actions did not violate the FLSA and New York Labor Law, and Defendants assert a lack of willfulness or intent to violate the FLSA and New York Labor law as a defense to any claim by Plaintiff for liquidated damages.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because some of the activities for which he demands compensation are *de minimis* under applicable law.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are preempted by federal and/or state law.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff was an exempt employee of Defendants as defined by the FLSA, New York Labor Law, and/or other applicable labor laws.

## TWELFTH AFFIRMATIVE DEFENSE

Even if Defendants failed to pay Plaintiff appropriately for the activities alleged in the Complaint, to the extent that such activities do not constitute compensable work under the FLSA, New York Labor Law, and/or other applicable laws, he is entitled to no relief.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by 29 U.S.C. § 254, as to all hours during which Plaintiff was engaged in activities which were preliminary to, or incidental to, their respective principal activities.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by Plaintiff's failure to mitigate damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendants deny that this action can be properly maintained as a FLSA collective action or that Plaintiff can carry his burden of establishing the requirements to obtain collective action certification, including conditional certification under 29 U.S.C. § 216(b).

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendants deny that this action can be properly maintained as a class action or that Plaintiff can carry his burden of establishing the requirements to obtain class action certification under Federal Rule 23.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not a proper representative of the class he purports to represent and, accordingly, these claims are not properly brought as a class and/or collective action.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to maintain these causes of action.

## NINETEENTH AFFIRMATIVE DEFENSE

There is no personal liability for the individually named Defendant.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff did not suffer any tangible harm as a result of Defendants' purported failure to provide wage notices or wage statements under NYLL.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

All decisions made by Defendants with respect to Plaintiff's employment were based solely on legitimate, non-discriminatory reasons.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendants have not engaged in discriminatory conduct of any kind with respect to any Plaintiff.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

To the extent any actions were motivated in part by unlawful reasons (which Defendants deny), the same actions would have been taken with respect to Plaintiff for lawful, non-discriminatory reasons.

16

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims for emotional distress and/or mental anguish damages are barred, in whole or in part, because the alleged conduct did not rise to the required level of culpability to justify an award of such damages.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff was not "disabled" within the meaning of the NYSHRL or the NYCHRL.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust administrative remedies, and did not perform the necessary pre-requisite actions prior to asserting claims in this action.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred and precluded from maintaining this court action because the asserted claims are subject to mediation and arbitration under a collective bargaining agreement(s) that provides that arbitration is the exclusive remedy for such claims. Defendants hereby assert that Defendants intend to move to compel arbitration and to stay at least part of this action .

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by accord and satisfaction.

**WHEREFORE,** Defendants respectfully request that the Complaint be dismissed in its entirety, with prejudice, and that Defendants be awarded such other relief that the Court deems just and proper.

Dated: New York, NY                          _____/S/_____
       November 22, 2024              Stuart Weinberger, Esq.

                                                   Weinberger & Weinberger, LLP
                                                 630 Third Avenue, 18th Floor
                                                 New York, NY 10017
                                                 P: (212) 867-9595
                                                 F: (212) 949-1857

                                                 *Attorneys for Defendants*