# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

December 11, 2024

**VIA ECF**
The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: *Molina v. Metropolitan Realty Group, LLC et al*
Case No.: 1:24-cv-06830

Dear Judge Furman:

We are counsel for Plaintiff in the above-referenced matter. We write jointly with Defendants' counsel, pursuant to Rule 2(D) of Your Honor's Individual Rules and Practices for Civil Cases, to respectfully request a 30-day adjournment of all proceedings, including the Initial Conference and the deadline to submit the proposed case management plan and joint letter in advance of the Initial Conference.

The Initial Conference is currently scheduled for December 17, 2024, with the proposed case management plan and joint letter due on December 12, 2024. This is the parties' first request for an adjournment.

As the Court is aware, a settlement conference was held before Magistrate Judge Barbara Moses on December 2, 2024. Since then, the parties have been engaged in ongoing settlement discussions. In light of these continued negotiations, the parties respectfully request a 30-day adjournment of upcoming deadlines to allow additional time to explore a potential settlement.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ CK Lee*
C.K. Lee, Esq.

Application GRANTED. The Court commends the parties on their progress towards settlement. The initial pretrial conference is hereby ADJOURNED until **January 14, 2025**, at **9:00 am**. Per the Court's prior order, the parties shall file their proposed case management plan and joint letter **by the Thursday before the initial pretrial conference**. The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

December 12, 2024

1