UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS MOLINA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

v.

METROPOLITAN REALTY GROUP, LLC, and SCOTT JAFFEE,

          Defendants.

**Case No.**: 1:24-cv-06830

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Metropolitan Realty Group LLC ("Defendant"), having offered to allow Plaintiff Luis Molina ("Plaintiff") to take a judgment against it, in the sum of Twenty-five Thousand Dollars and No Cents ($25,000.00), to resolve all resolve all of the claims asserted by Plaintiff in this action against the above named Defendants including without limitation to, any and all potential violations of the Fair Labor Standards Act ("FLSA"), any and all potential violations of the New York Labor Law ("NYLL"), New York State Human Rights Law ("NYSHRL"), New York City Human Rights Law ("NYCHRL"), alleged unpaid wages, overtime compensation, minimum wage compensation, including liquidated damages, statutory damages, reasonable attorneys' fees and costs, and all other sums or expenses arising out of the allegations, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated January 6, 2025 and filed as Exhibit A to Docket Number 22;

    **WHEREAS**, on January 7, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 22);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Luis Molina, in the sum of $25,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated January 6, 2025 and filed as Exhibit A to Docket Number 22. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025           _____
    New York, New York                                              U.S.D.J.