**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUIS MOLINA, *on behalf of himself, FLSA*
*Plaintiffs, and the Class,*

                 Plaintiff,

     v.

METROPOLITAN REALTY GROUP, LLC,
and SCOTT JAFFEE,

               Defendants.

**Case No.** 24-cv-06830

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 8th day of January, 2025 in favor of Luis Molina and against Metropolitan Realty Group, LLC in the amount of $25,000.00, to resolve all of the claims asserted by Plaintiff in this action against the above named Defendants including without limitation to, any and all potential violations of the Fair Labor Standards Act ("FLSA"), any and all potential violations of the New York Labor Law ("NYLL"), New York State Human Rights Law ("NYSHRL"), New York City Human Rights Law ("NYCHRL"), alleged unpaid wages, overtime compensation, minimum wage compensation, including liquidated damages, statutory damages, reasonable attorneys' fees and costs, and all other sums or expenses arising out of the allegations, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: January 14, 2025                Respectfully submitted,

                                       C.K. Lee, Esq.
                                       Lee Litigation Group, PLLC
                                       148 W. 24th Street 8th Floor
                                       New York, NY 10011


STATE OF NEW YORK        )
                         )     ss.:
COUNTY OF NEW YORK       )


On the 14th day of January 2025, before me personally came C.K. Lee, to me known and known to be a member of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

ANNE SEELIG-SUHRCKE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2028